UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YINKE CHEN,<br><br>                Petitioner,<br><br>        v.<br><br>CHAD F. WOLF, et al.,<br><br>                Respondent. | Case No. 5:20-cv-01242-DOC-JDE<br><br>ORDER OF DISMISSAL |

On June 19, 2020, Petitioner filed a Petitioner for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (the "Petition") in which Petitioner alleges he is being unlawfully detained in connection with immigration removal proceedings by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). On July 22, 2020, Respondents filed a Motion to Dismiss the Petition because Petitioner had been released from ICE custody, subject to conditions. Dkt. 11 ("Motion"). Petitioner does not oppose the Motion and agrees a dismissal without prejudice is warranted.

As a result, IT IS HEREBY ORDERED THAT:

1. The Motion (Dkt. 11) is GRANTED; and

2. Judgment shall be entered forthwith dismissing the action without prejudice.

DATED: July 24, 2020

*David O. Carter*

DAVID O. CARTER
United States District Judge