JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YINKE CHEN,<br><br>          Petitioner,<br><br>     v.<br><br>CHAD F. WOLF, et al.,<br><br>          Respondent. | Case No. 5:20-cv-01242-DOC-JDE<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: July 24, 2020

*David O. Carter*

DAVID O. CARTER
United States District Judge